with costs. A direction will, however, be included in our mandate, and in the order to be entered thereupon, that should any judgment be entered in said action in the state court; such judgment shall not be taken to be a liquidation of any claim filed or capable of being filed under the judgment creditors' bill herein, or as in any way affecting the right of the receiver to contest the claim so reduced to judgment de novo. Nothing, however, in our mandate shall be taken to prevent the court below permitting liquidation of Margolies' claim by suit in the state court, should it prefer so to do.

---

**1**

John HENDERSON, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1925.) No. 6682. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

---

**2**

John HENDERSON, et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1925.) No. 6683. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

---

**3**

Andrew HOUSER, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 15, 1924.) No. 6642. In Error to the District Court of the United States for the Western District of Oklahoma. Fred Tillman, of Pawhuska, Okl., and Orban C. Patterson, of Miami, Fla., for plaintiff in error. W. A. Maurer, U. S. Atty., and J. A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**4**

A. J. JOHNSON, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 1, 1924.) No. 6880. In Error to the District Court of the United States for the Western District of Oklahoma. J. Earl Smith, of Ponca City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**5**

Fred JORDAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. April 16, 1925.) No. 2375. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. J. Raymond Gordon, of Charleston, W. Va., for plaintiff in error. B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va.

PER CURIAM. Order docketing and dismissing case under rule 16 filed.

---

**6**

Alfred KURTZ et al., Appellants, v. Ferdinand E. ENGLISH et al. (Circuit Court of Appeals, Eighth Circuit. January 9, 1925.) No. 6926. Appeal from the District Court of the United States for the Eastern District of Missouri. Tobias A. Keppler, of New York City, and Edward E. Longan, of St. Louis, Mo., for appellants. Ralph Kalish, of St. Louis, Mo., for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellees, under rule 16.

---

**7**

LACLEDE GAS LIGHT COMPANY, Appellant, v. BARRETT COMPANY. (Circuit Court of Appeals, Eighth Circuit. February 26, 1925.) No. 6929. Appeal from the District Court of the United States for the Eastern District of Missouri. Isaac H. Lionberger, of St. Louis, Mo., for appellant. Daniel N. Kirby, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**8**

Louis LAVINE et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Third Circuit. May 2, 1925.) No. 3187. In Error to the District Court of the United States for the District of New Jersey; John Rellstab, Judge. J. Irving Davidson, of Trenton, N. J., for plaintiffs in error. Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. No principle of law is involved in this case. The two assignments of error question the court's sustaining objections to two questions asked in cross examination. There was no error in the court's ruling, and we therefore affirm the judgment below.

---

**9**

LIGGETT & MYERS TOBACCO CO., Plaintiff in Error, v. Marguerite WOODSMALL, now Marguerite Burrows, a Minor, etc. (Circuit Court of Appeals, Eighth Circuit. December 22, 1924.) No. 6756. In Error to the